

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2019

No. 04-19-00223-CV

Raul **VALDEZ**, Jr.,
Appellant

v.

Carolyn **DOMINGUEZ-VALDEZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI18141
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

On June 10, 2019, this court received appellant's brief. The brief violates Rule 38 of the Texas Rules of Appellate Procedure in that it does not contain any citations to the record. *See* TEX. R. APP. P. 38.1(g), (i). The brief also violates Rule 9.4 and Rule 9.5 of the Texas Rules of Appellate Procedure in that it does not contain a certificate of compliance and proof of service, respectively. *See* TEX. R. APP. P. 9.4(i)(3); 9.5(d), (e). It is therefore ORDERED that the brief filed by the appellant is STRICKEN from our record. It is FURTHER ORDERED that appellant file an amended brief containing appropriate citations to the record in compliance with Rule 38.1, a certificate of compliance in compliance with Rule 9.4, and proof of service in compliance with Rule 9.5 no later than thirty days from the date of this order or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2019.



Keith E. Hottle,
Clerk of Court